IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES W. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-cv-1281-F |
| | ) | (WO) |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 27, 2005 (Doc. # 25), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Petition For Authorization of Attorney Fees pursuant to 42 U.S.C. § 406(b) filed on June 2, 2005 (Doc. # 22) is GRANTED.

2. The Petitioner, Byron A. Lassiter, Esq., is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the sum of $1,080.00.

3. The Petitioner, Byron A. Lassiter, Esq, shall refund forthwith to the Plaintiff, Charles W. Allen, the escrowed amount of $1,462.50 previously paid to Petitioner as an award under the Equal Access to Justice Act.

DONE this 19th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE